NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAY 29 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| PAULA IDELE KELLER, | No. 17-56202 |
| Plaintiff-Appellant, | D.C. No. 2:16-cv-09165-TJH-SK |
| v. | |
| WASHINGTON MUTUAL BANK, F.A.; et al., | MEMORANDUM[*] |
| Defendants-Appellees. | |

Appeal from the United States District Court
for the Central District of California
Terry J. Hatter, District Judge, Presiding

Submitted May 21, 2019[**]

Before: THOMAS, Chief Judge, LEAVY and FRIEDLAND, Circuit Judges.

Paula Idele Keller appeals pro se from the district court's order dismissing

Keller's action alleging federal and state law claims arising out of foreclosure

proceedings. We have jurisdiction under 28 U.S.C. § 1291. We review for an

abuse of discretion a dismissal under Federal Rule of Civil Procedure 8. *McHenry*

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

*v. Renne*, 84 F.3d 1172, 1180 (9th Cir. 1996). We affirm.

The district court properly dismissed Keller's action without prejudice because the allegations in the complaint were vague, confusing, and failed to connect Keller's claims to defendants' conduct. *See* Fed. R. Civ. P. 8(a)(2) (requiring that a pleading contain "a short and plain statement of the claim showing that the pleader is entitled to relief"); *McHenry*, 84 F.3d at 1179-80 (affirming dismissal under Rule 8, and recognizing that "[p]rolix, confusing complaints . . . impose unfair burdens on litigants and judges").

Because Keller failed to allege a claim under the Truth in Lending Act in her complaint, we reject as without merit her contention that the district court should have granted her leave to amend this claim.

All pending motions and requests are denied.

**AFFIRMED.**